**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 491 EAL 2021

                         Respondent           :

                                           :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court

                  v.                      :

                                           :

DAIYCHELLE ATKINSON,                  :

                         Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.